**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
FRANK PERROZZI, JR.,

                Plaintiff,                        19 **CIVIL** 7790 (KHP)

        -v-                                       **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.
-------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 27, 2019, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for the purpose of conducting further administrative proceedings.

**Dated:** New York, New York
          December 27, 2019

                                                        RUBY J. KRAJICK
                                                            Clerk of Court
                                             BY:
                                                            Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/27/2019